CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Publix Super Markets, Inc.
Merriann Metz General Counsel & Secretary
Publix Super Markets Inc.
3300 Publix Corporate Parkway
Lakeland FL 33811

October 25, 2024

# SERVICE OF PROCESS NOTICE

Item: 2024-12910

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Publix Super Markets, Inc. |
| 2. | **Title of Action:** | Alania Cobb vs Publix Super Markets, Inc., etc. |
| 3. | **Document(s) Served:** | Sheriff's Entry of Service<br>General Civil and Domestic Relations Case Filing Information Form<br>Summons<br>Complaint and Jury Demand |
| 4. | **Court/Agency:** | Cobb County Superior Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 24GC07854 |
| 7. | **Case Type:** | Negligence/Personal Injury |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Thursday 10/24/2024 |
| 10. | **Date to Client:** | Friday 10/25/2024 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Saturday 11/23/2024<br>CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Alania Cobb<br>Acworth, GA<br>404-740-9943 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | Please note this appears to be from a pro se plaintiff. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

B/494:E1

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. 24GC07854

Date Filed

Attorney's Address

P.O. Box 801318
Acworth, GEORGIA 30101-

Superior Court ☒ Magistrate Court ☐
State Court ☐ Probate Court ☐
Juvenile Court ☐

Georgia, COBB COUNTY

Cobb, Alania

Plaintiff

VS.

Publix Super Markets Inc., DBA Publix, Publix Supermarket, Publix Supermarkets

Defendant

Garnishee

Name and Address of Party to be Served.
Publix Super Markets Inc.

2985 Gordy Pkwy., 1st Floor

Marietta, GEORGIA 30066

COBB CO. SHERIFF CIVIL SECTION CT
24 OCT 24 PM 12:29

SHERIFF'S ENTRY OF SERVICE

PERSONAL

☐ I have this day served the defendant ______ personally with a copy of the within action and summons.

NOTORIOUS

☐ I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ______ described as follows: age, about ______ years; weight ______ pounds; height, about ______ feet and ______ inches, domiciled at the residence of defendant.

CORPORATION

☑ Served the defendant Publix Super Markets a corporation by leaving a copy of the within action and summons with Corporate Creations Network in charge of the office and place of doing business of said Corporation in the County.

TACK & MAIL

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

NON EST

☐ Diligent search made and defendant ______ not to be found in the jurisdiction of this court.

This 24 day of OCT, 2024

Heron
Deputy

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
24GC07854
SONJA N. BROWN
OCT 21, 2024 05:48 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of Cobb County

**For Clerk Use Only**

**Date Filed** 10-21-2024 (MM-DD-YYYY) **Case Number** 24GC07854

| Plaintiff(s) | Defendant(s) |
|---|---|
| Cobb, Alania | Publix Super Markets Inc. |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |
| Last First Middle I. Suffix Prefix | Last First Middle I. Suffix Prefix |

**Plaintiff's Attorney** ______ **Bar Number** ______ **Self-Represented** ☑

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

______ Case Number ______ Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

______ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**24GC07854**
SONJA N. BROWN
OCT 21, 2024 05:48 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER 24GC07854

Cobb, Alania

**PLAINTIFF**

**VS.**

Publix Super Markets Inc., DBA Publix, Publix Supermarket, Publix Supermarkets

**DEFENDANT**

## SUMMONS

TO: PUBLIX SUPER MARKETS INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Alania Cobb**

**P.O. Box 801318**
**Acworth, Georgia 30101**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 21st day of October, 2024.**

Clerk of Superior Court

COBB COUNTY Georgia 1833 SUPERIOR COURT CLERK

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
24GC07854
SONJA N. BROWN
OCT 21, 2024 05:48 PM
Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

Cobb, Alania
Plaintiff, *pro se*

**Case No.:** ____________________

v.

Publix Super Markets Inc.
Defendant

COMES NOW the Plaintiff, pro se, and states unto the court the following as her cause of action against Defendant(s):

## COMPLAINT and JURY DEMAND

### 1. PARTIES, JURISDICTION AND VENUE

1.1 Plaintiff, Alania Cobb, is a resident of Cobb County, Georgia.

1.2 Defendant, Publix Super Market Inc, is a corporation licensed to do business in Georgia, with its principal office located at 3300 Publix Corporate Parkway., Lakeland, FL 33811. Defendant may be served with process through its registered agent, Corporate Creations Network Inc., 2985 Gordy Pkwy., 1st Floor, Marietta GA 30066.

1.3 Defendant, Publix and all representing Defendant, by and through its agents and employees hereinafter referred to as Defendant.

1.4 This Court has jurisdiction over this matter pursuant to O.C.G.A. § 15-10-2.

1.5 Venue is proper in Cobb County as the accident occurred within this jurisdiction.

### 2. FACTS AND LIABILITY OF DEFENDANTS

2.1 On January 23,2024 Plaintiff Alania Cobb was an invitee of Defendant and went to Defendant's market, Publix Super Markets, Inc., located at 1727 Mars Hill Rd., Acworth, GA 30101.

2.2 Plaintiff Alania Cobb purchased a Publix branded packaged Caesar pasta salad form the Deli department cooler.

2.3 Packaged Caesar pasta salad label clearly indicated “pitted calamata olives”.

2.4 Plaintiff attempted to consume above mentioned Caesar pasta salad and immediately felt an intense pain in her jaws, teeth and gums and noticed she bit into a fork full of pitted olives.

2.5 Plaintiff then noticed she had cracked/broken/damaged several teeth on above mentioned olives from the Caesar pasta salad.

2.6 As a result of said injuries, the Plaintiff has suffered excruciating pain and infection, as of the date of this filing is still undergoing dental work and suffering from pain and being treated for oral infection(s).

2.7 Plaintiff shows that she incurred substantial medical expenses for the treatment of her injuries, all of which will be itemized by appropriate amendment to these pleadings.

2.8 Liability is reasonably clear as Defendant has admitted that the negligence was done in house by a Publix deli employee.

2.9 The injuries sustained by Plaintiff Alania Cobb are the direct and proximate result of negligence on the part of the Defendant. But for said negligence Plaintiff would not have suffered the injuries and losses discussed herein.

2.10 At all times mentioned herein, Defendant had exclusive control and management of said property, and Defendant had the legal duty to keep their premises and products free of hazards consistent with the due regard of the safety of their invites, including Plaintiff Alania Cobb.

2.11 Defendant Publix Super Markets, Inc. was negligent in creating or in a failing to identify and/or remove the hazardous condition existing on their premises and approaches, hereby creating an unreasonable risk of injury to their invitees, including Plaintiff Alania Cobb.

2.12 Defendant had actual and/or constructive knowledge of the hazardous condition on their premise because as admitted the deli employee was aware they substituted the above-mentioned olives.

## 3. INJURIES & DAMAGES

3.1 As a result of the Defendant's negligence, Plaintiff Alania Cobb is entitled to recover from Defendant for injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, general and all other damages under Georgia law, including but not limited to:

a. past loss of wages;

b. past and future dental and/or medical expenses;

c. past, present and future pain and suffering;

d. past, present and future loss of function;

e. past, present and future emotional distress;

f. any other damages allowed under the laws of the State of Georgia.

3.2 Plaintiff's medical treatment was reasonable, necessary and consistent with the injuries that she suffered as a direct and proximate result of the Defendant's negligence.

3.3 Plaintiff suffered dental damage/injuries that resulted in extensive dental work having been done.

3.4 Plaintiff incurred significant out of pocket expenses, blemish to credit reporting with 3 credit bureaus, and the financial burden of repaying credit card debt incurred paying for dental work.

3.5 Plaintiff suffered oral infections and further complications of damaged teeth due to delays based on stipulations of Defendants claim adjuster.

3.6 Plaintiff Alania Cobb exercised reasonable care and diligence under the circumstances then existing.

3.7 The sole and approximate cause of the injuries and damages sustained by Plaintiff was the negligence of the Defendant, by and through its agents and employees, on the date and the place aforesaid. Defendant by and though its agents and employees, was negligent in the following several particulars:

a. In allowing the olives to be substituted;

b. In failing to remove said product from shelves and exercise duty of care;

c. Defendant was otherwise negligent.

**4. CLAIM FOR RELIEF**

4.1 Plaintiff Alania Cobb is entitled to recover from Defendant for injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, general and all other damages under Georgia law, including but not limited to:

a. past loss of wages;

b. past and future dental and/or medical expenses;

c. past, present and future pain and suffering;

d. past, present and future loss of function;

e. past, present and future emotional distress;

f. any other damages allowed under the laws of the State of Georgia.

4.2 Plaintiff has complied with the code section at issue by sending the required demand letter to Defendant Publix Super Markets Inc via USPS certified mail on 2/24/2024 and a second sent via email on March 20,2024.

4.3 That each of the foregoing acts and omissions constitute an independent act of negligence on the part of the Defendant and one or more or all of said herein above state acts were the proximate causes of the injuries and damages sustained by Plaintiff. Defendant is liable for the Plaintiff's injuries and damages.

4.4 Plaintiff claims the amount of One-Hundred Thousand Dollars ($100,000).

4.5 Plaintiff also requests any additional relief that the Court deems just and proper.

4.6 Plaintiff is entitled to request attorney's fees, legal expenses and the expenses of litigation in that the actions on the part of the Defendant as herein above-described show that the Defendant has acted in bad faith in the transactions and dealings surrounding the subject incident and Defendant and its agents have been stubbornly litigious and have caused the Plaintiff unnecessary expense so as to entitled Plaintiff's expense of litigation and attorney's fees pursuant to O.C.G.A. SS 13-6-11.

## 5. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that:

a. The Defendant be served with summons, process and a copy of this complaint as provided by law;
b. That the Plaintiff be granted trial by Jury as to all triable issues in this cause;
c. That the Court enter judgment in favor of the Plaintiff and against the Defendant for the amount claimed, plus costs, interest, and any further relief the Court may find appropriate under all circumstances and contained herein

Respectfully Submitted,

Alania Cobb

Alania Cobb
Plaintiff, *pro se*
P.O. Box 801318
Acworth, GA 30101
(404)740-9943
a.f.billingsley@gmail.com

OCT 24 2024